In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of SOUTHERN SURETY COMPANY OF NEW YORK.

LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of SOUTHERN SURETY COMPANY OF NEW YORK, Appellant and Respondent; GOODYEAR TIRE & RUBBER Co., INC., Respondent and Appellant.

Submitted February 26, 1940; decided March 5, 1940.

Motions for reargument denied, with ten dollars costs and necessary printing disbursements.    (See 282 N. Y. 54.)